# EXHIBIT A







5:07:26 PM 9/28/2023    https://www.xsocialmedia.com/about/



About   Advertising   Active Torts   Mass Tort Insider   ContactUs   Newsletter

# Legal Industry

Get more qualified clients via Social Media & Digital TV

## Grow Your Firm by Investing in Facebook Advertising

There are about 214 million Americans on Facebook, about 81% of the population. That's a lot of people scrolling through their feeds and it presents a great opportunity for your firm to educate potential new clients on different Mass Tort drugs and devices.

Get Started



"Jacob and his team have been helping us on various projects for several years now and the performance has always been great.

- Robert Blanchard, Attorney

5:08:24 PM 9/28/2023          https://www.xsocialmedia.com/legal-industry/