# EXHIBIT B





About ▾   Advertising ▾   Active Torts   Mass Tort Insider   ContactUs   ∞  in  𝕏   Newsletter

# The X Blog

CATEGORIES : **ALL** / FIRM NEWS / LEGAL / VERDICTS & SETTLEMENTS



Published on: 09/26/2023

Unveiling: Mass Tort Insider – Vol 2 – X SocialMedia® LLC



Published on: 09/19/2023

Camp Lejeune & Latest Updates from X SocialMedia®LLC.



Published on: 07/13/2023

UPDATES on Zantac, PFAS, & FTX Settlements – X Social



Published on: 06/20/2023

Updates in Hair Relaxer, 3M bankruptcy, & Roundup Trial – X



Published on: 06/13/2023

JPML decisions are in! – X Social Media



Published on: 06/06/2023

This Week's Highlights: Settlements, CEO Involvement,

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30

View this email in your browser



*WEEKLY*
The official newsletter of X Social Media

**Camp Lejeune & Latest Updates from X SocialMedia®LLC.**

**Dear Friends,**
I trust this newsletter finds you well. As those involved in personal injury and mass torts are aware, cases involving the Camp Lejeune victims have garnered significant attention in recent months. The Navy and DOJ have recently suggested an Elective Option to compensate victims that were at Camp Lejeune.



**The Elective Option categorizes claims into two distinct tiers:**

- Tier 1 Injuries: Kidney Cancer, Liver Cancer, Non-Hodgkin Lymphoma, Leukemias, and Bladder Cancer. Compensation ranges from $150,000 to $300,000 based on the duration of the victim's stay at Camp Lejeune. An additional $100,000 will be added for family members in case of the claimant's passing.
- Tier 2 Injuries: Multiple Myeloma, Parkinson's Disease, Kidney Disease/End Stage Renal Disease, Systemic Sclerosis/Systemic Scleroderma. The compensation for these injuries varies between $100,000 and $250,000, also based on the length of stay at Camp Lejeune. Like Tier 1, an additional $100,000 is added if the claimant has passed away.

While the option is termed "Elective," its structure resembles a Quick Pay arrangement. This situation necessitates a thorough evaluation by skilled trial lawyers to determine fair compensation.