# EXHIBIT D

Generated on: This page was generated by TSDR on 2023-09-27 21:46:21 EDT

Mark: X

# X

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98193522 | **Application Filing Date:** | Sep. 22, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Awaiting Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| **Status:** | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| **Status Date:** | Sep. 26, 2023 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | X |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 0089093 | **Foreign Application Filing Date:** | Mar. 24, 2023 |
| **Foreign Application/Registration Country:** | JAMAICA | | |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Business data analysis; promotional services; business consulting and information services; business, consumer, and market research | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) 44(d) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | Yes | **Currently 44E:** | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | X CORP. |
| **Owner Address:** | 1355 MARKET STREET, SUITE 900<br>SAN FRANCISCO, CALIFORNIA UNITED STATES 94103 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | NEVADA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Adam S. Weiss | **Docket Number:** | 086957X35 |
| **Attorney Primary Email Address:** | uspt@polsinelli.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | ADAM S. WEISS<br>POLSINELLI PC<br>PO BOX 140310<br>KANSAS CITY, MISSOURI UNITED STATES 64114-0310 |
| **Phone:** | 312-873-3644 |
| **Correspondent e-mail:** | uspt@polsinelli.com XCorpTM@Polsinelli.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Sep. 26, 2023 |

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-09-27 21:46:38 EDT |
| Mark: | X |

X

| | | | |
|---|---|---|---|
| US Serial Number: | 98193533 | Application Filing Date: | Sep. 22, 2023 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: |  | | LIVE/APPLICATION/Awaiting Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| Status: | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| Status Date: | Sep. 26, 2023 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | X |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| Priority Claimed: | Yes | | |
| Foreign Application Number: | 0089098 | Foreign Application Filing Date: | Mar. 24, 2023 |
| Foreign Application/Registration Country: | JAMAICA | | |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Hosting an online website community for registered users to share information, photos, audio and video content and to form virtual communities; Providing user authentication services in e-commerce transactions | | |
| International Class(es): | 045 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) 44(d) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |

| | | | |
|---|---|---|---|
| **Filed 44D:** | Yes | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** X CORP.

**Owner Address:** 1355 MARKET STREET, SUITE 900
SAN FRANCISCO, CALIFORNIA UNITED STATES 94103

**Legal Entity Type:** CORPORATION   **State or Country Where Organized:** NEVADA

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Adam S. Weiss   **Docket Number:** 086957X45

**Attorney Primary Email Address:** uspt@polsinelli.com   **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** ADAM S. WEISS
POLSINELLI PC
PO BOX 140310
KANSAS CITY, MISSOURI UNITED STATES 64114-0310

**Phone:** 312-873-3644

**Correspondent e-mail:** uspt@polsinelli.com XCorpTM@Polsinelli.com   **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** NEW APPLICATION PROCESSING   **Date in Location:** Sep. 26, 2023

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-09-27 21:46:35 EDT |
| **Mark:** | X |

# X

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98193530 | **Application Filing Date:** | Sep. 22, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| **Status:** | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| **Status Date:** | Sep. 26, 2023 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | X |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 0089094 | **Foreign Application Filing Date:** | Mar. 24, 2023 |
| **Foreign Application/Registration Country:** | JAMAICA | | |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Computer services, namely, providing a platform featuring technology that enables internet users to post, upload, view, and share data, information and multimedia content | | |
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) 44(d) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |

| | | | |
|---|---|---|---|
| **Filed 44D:** | Yes | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** X CORP.

**Owner Address:** 1355 MARKET STREET, SUITE 900
SAN FRANCISCO, CALIFORNIA UNITED STATES 94103

**Legal Entity Type:** CORPORATION   **State or Country Where Organized:** NEVADA

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Adam S. Weiss | **Docket Number:** | 086957X42 |
| **Attorney Primary Email Address:** | uspt@polsinelli.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

**Correspondent Name/Address:** ADAM S. WEISS
POLSINELLI PC
PO BOX 140310
KANSAS CITY, MISSOURI UNITED STATES 64114-0310

**Phone:** 312-873-3644

**Correspondent e-mail:** uspt@polsinelli.com XCorpTM@Polsinelli.com   **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** NEW APPLICATION PROCESSING   **Date in Location:** Sep. 26, 2023

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-09-27 21:46:32 EDT |
| Mark: | X |

<div align="right" style="font-size:2em">X</div>

| | | | |
|---|---|---|---|
| US Serial Number: | 98193528 | Application Filing Date: | Sep. 22, 2023 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: |  | | LIVE/APPLICATION/Awaiting Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| Status: | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| Status Date: | Sep. 26, 2023 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | X |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| Priority Claimed: | Yes | | |
| Foreign Application Number: | 0089095 | Foreign Application Filing Date: | Mar. 24, 2023 |
| Foreign Application/Registration Country: | JAMAICA | | |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Organizing and conducting exhibitions, events, workshops, seminars, and panel discussions; providing a website featuring user-generated blogs; providing online journals, namely, blogs and video blogs featuring personal information and opinions in the field of general interest | | |
| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) 44(d) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |

| | | | |
|---|---|---|---|
| **Filed 44D:** | Yes | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | X CORP. |
| **Owner Address:** | 1355 MARKET STREET, SUITE 900<br>SAN FRANCISCO, CALIFORNIA UNITED STATES 94103 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | NEVADA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Adam S. Weiss | **Docket Number:** | 086957X41 |
| **Attorney Primary Email Address:** | uspt@polsinelli.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | ADAM S. WEISS<br>POLSINELLI PC<br>PO BOX 140310<br>KANSAS CITY, MISSOURI UNITED STATES 64114-0310 |
| **Phone:** | 312-873-3644 |
| **Correspondent e-mail:** | uspt@polsinelli.com  XCorpTM@Polsinelli.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Sep. 26, 2023 |

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-09-27 21:46:30 EDT |
| **Mark:** | X |

X

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98193527 | **Application Filing Date:** | Sep. 22, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/APPLICATION/Awaiting Examination  The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. | |
| **Status:** | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| **Status Date:** | Sep. 26, 2023 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | X |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 0089096 | **Foreign Application Filing Date:** | Mar. 24, 2023 |
| **Foreign Application/Registration Country:** | JAMAICA | | |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Telecommunication services, namely, transmission and streaming of voice, data, images, audio, video, real-time news, entertainment content, or information by means of telecommunications networks, wireless communication networks, and the internet; providing online forums for the transmission of information, audio, video, real-time news, entertainment content, or information among users of computing and mobile devices in an online community | | |
| **International Class(es):** | 038 - Primary Class | **U.S Class(es):** | 100, 101, 104 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) 44(d) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |

| | | | |
|---|---|---|---|
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | Yes | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | X CORP. |
| **Owner Address:** | 1355 MARKET STREET, SUITE 900<br>SAN FRANCISCO, CALIFORNIA UNITED STATES 94103 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | NEVADA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Adam S. Weiss | **Docket Number:** | 086957X38 |
| **Attorney Primary Email Address:** | uspt@polsinelli.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | ADAM S. WEISS<br>POLSINELLI PC<br>PO BOX 140310<br>KANSAS CITY, MISSOURI UNITED STATES 64114-0310 |
| **Phone:** | 312-873-3644 |
| **Correspondent e-mail:** | uspt@polsinelli.com XCorpTM@Polsinelli.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Sep. 26, 2023 |

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-09-27 21:46:26 EDT |
| Mark: | X |

# X

| | | | |
|---|---|---|---|
| US Serial Number: | 98193524 | Application Filing Date: | Sep. 22, 2023 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: |  | | LIVE/APPLICATION/Awaiting Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| Status: | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| Status Date: | Sep. 26, 2023 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | X |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| Priority Claimed: | Yes | | |
| Foreign Application Number: | 0089097 | Foreign Application Filing Date: | Mar. 24, 2023 |
| Foreign Application/Registration Country: | JAMAICA | | |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Financial transaction services, namely, providing secure commercial transactions | | |
| International Class(es): | 036 - Primary Class | U.S Class(es): | 100, 101, 102 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) 44(d) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | Yes | Currently 44E: | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | X CORP. |
| **Owner Address:** | 1355 MARKET STREET, SUITE 900<br>SAN FRANCISCO, CALIFORNIA UNITED STATES 94103 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | NEVADA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Adam S. Weiss | **Docket Number:** | 086957X36 |
| **Attorney Primary Email Address:** | uspt@polsinelli.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | ADAM S. WEISS<br>POLSINELLI PC<br>PO BOX 140310<br>KANSAS CITY, MISSOURI UNITED STATES 64114-0310 |
| **Phone:** | 312-873-3644 |
| **Correspondent e-mail:** | uspt@polsinelli.com XCorpTM@Polsinelli.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Sep. 26, 2023 |

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-09-27 21:46:10 EDT |
| Mark: | X |

X

| | | | |
|---|---|---|---|
| US Serial Number: | 98193518 | Application Filing Date: | Sep. 22, 2023 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | | LIVE/APPLICATION/Awaiting Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| Status: | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| Status Date: | Sep. 26, 2023 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | X |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| Priority Claimed: | Yes | | |
| Foreign Application Number: | 0089099 | Foreign Application Filing Date: | Mar. 24, 2023 |
| Foreign Application/Registration Country: | JAMAICA | | |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Downloadable software to enable uploading, creating, posting, editing, showing, displaying, blogging, sharing, streaming, and transmitting of electronic media, video, real-time news, entertainment content, or information over the internet and other communications networks | | |
| International Class(es): | 009 - Primary Class | U.S Class(es): | 021, 023, 026, 036, 038 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) 44(d) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |

| | | | |
|---|---|---|---|
| **Filed 44D:** | Yes | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** X CORP.

**Owner Address:** 1355 MARKET STREET, SUITE 900
SAN FRANCISCO, CALIFORNIA UNITED STATES 94103

**Legal Entity Type:** CORPORATION   **State or Country Where Organized:** NEVADA

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Adam S. Weiss   **Docket Number:** 086957X9

**Attorney Primary Email Address:** uspt@polsinelli.com   **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** ADAM S. WEISS
POLSINELLI PC
PO BOX 140310
KANSAS CITY, MISSOURI UNITED STATES 64114-0310

**Phone:** 312-873-3644

**Correspondent e-mail:** uspt@polsinelli.com XCorpTM@Polsinelli.com   **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** NEW APPLICATION PROCESSING   **Date in Location:** Sep. 26, 2023