# EXHIBIT F

 Business

Basics ⌄  Advertising ⌄  Products ⌄  Resources and guides ⌄  Ads Help Center ⌄   🔍   Start a campaign

# Expand what's possible with X Ads

With X Marketing Partners, you get access to world-class technology companies that enhance the X Ads experience. So, you can find the most valuable audiences, craft more effective campaigns, elevate your creative, and much more.

**Find a Partner**   **Become a Partner**



## Tap into a broad range of advertising solutions that make X Ads easier and more effective.

**Audience Targeting**
Find more valuable audiences.

**Creative and Ad Experiences**
Produce higher quality creative.

**Campaign Management**
Activate media more efficiently.

**Advertising Analytics**
Get deeper reporting insights.

## Look for the badge



**X Marketing Partners are carefully selected for their outstanding products and proven track record of customer success.**

Partnership is by invitation only, and all partners are periodically reviewed to be sure they continue to deliver great experiences across all facets of their business -- products, solutions, client service, and more.

By design, it's not easy to get a X Marketing Partner badge. When you see it, you'll know you're working with the best of the best.

## Partner Success Stories

Learn how partner solutions help brands succeed.



Partners

### ASICS

ASICS, a Japanese multinational sports equipment manufacturer, partnered with Socialdatabase to build a SuperAudience for its running shoes in the UK, improving video completion rates and increasing purchase intent.

**Read more**



Partners

### Heineken

Heineken, a Dutch multinational brewing company, partnered with Socialdatabase to identify and drive content engagement with hard core SuperAudience F1 fans during the Grand Prix.

**Read more**



Partners

### Havas Media Middle East

Havas Media Middle East, a global advertising agency based in Dubai, partnered with Adverity to integrate data access across platforms resulting in operational efficiency, visibility into metric performance and new revenue streams.

**Read more**

**Read more**



## 1. Access your ads account

Visit ads.twitter.com and login using the credentials for the account you want to run a campaign from.





## 2. Add a payment method

Before you can run an X Ads campaign, you need to add a payment method. You will <u>not</u> be billed unless you launch a campaign.

## 3. Create your ads

Select "Tweet composer (New)" from the "Creatives" menu.

Create your Tweet, **keep the Promoted-only box checked,** and hit "Tweet." Repeat until you've created all of the Tweets you'd like to promote.

**Click here to see best practices:**





## 4. Build your campaign

Select "Create campaign" from the "Campaigns" drop-down menu in your Ads Manager. Follow the prompts to choose your objective and fill in your campaign details.

**Click the dots below to see our tips:**

**Budget:** There is no minimum spend, and you can adjust your budget as you go.

## 5. Launch and optimize!

Once your campaign is live, you'll be able to track results in real-time from your Ads Manager dashboard.



# Ready to get started?

Let's go!

| X platform | X Corp. | Help | Developer resources | Business resources |
|---|---|---|---|---|
| X.com | About the company | Help Center | Developer home | Advertise |
| Status | Company news | Using X | Documentation | X for business |
| Accessibility | Brand toolkit | X for creators | Forums | Resources and guides |
| Embed a post | Jobs and internships | Ads Help Center | Communities | X for marketers |



## Learn the basics of X

**Build your brand with X for Business**

X is where people go to discover something new and see what's happening in the world. It's the perfect place for brands to launch new products and connect to what's happening. Use these key resources to build and strengthen your presence on the platform.

## Why X?

Learn about the benefits of X for your business and how having a strong presence on X can help you boost brand metrics across the marketing funnel.

Learn more





## Create a profile

Establish your brand identity with an X profile for your business. Add your official name, logo, location, and elevator pitch in your bio to give people a reason to follow you.

Learn more

## Tweet ideas

Now that your profile is up and running, it's time to get Tweeting. Let your personality shine through with compelling content.

Not sure what to say? Use these evergreen Tweet ideas to get started.

Learn more



## Grow your following

Build a loyal following and community on X to extend the reach of your brand and message. Follow these steps to see exponential growth for your account.

Learn more



## Organic best practices

The most successful brands on X have both paid and organic strategies. Here are our tips for creating effective organic Tweets.

Learn more



**Agency Playbook**
Get the X Agency Playbook

**Character Count**
Listen to the Character Count podcast

**X Business blog**
Visit our blog for more resources

## Get personalized support from our X Ads team

Contact us

## Get personalized tips

Visit your Business Insights Dashboard for actionable advice to guide your business to success on X.

Access Business Insights

