# EXHIBIT G









# X Social Media Searches for Financial Data Partner for Trading Hub: Report

Friday, 04/08/2023 | 13:27 GMT by Jared Kirui

**The firm wants to develop and enhance the social media platform into a 'super app'.**

**The company is seeking proposals for real-time stock data and financial content.**

CryptoCurrency   X Social Media



Learn about Payments    Save

X platform, formerly known as Twitter, is reportedly searching for a financial data partner to create a trading hub within the social media platform. X has reportedly sent requests for bids for the proposed project. According to a report by the media publication *Semafor*, the requests were sent in recent weeks.

**Discover StealthEX.io - the future of cryptocurrency. Swap instantly across 1000+ coins, no sign-up, secure, and private. Dive into the new age of crypto!**

## Musk Eyes Financial Services



provide financial content, real-time stock data, among other services. In the proposal, the company owned by Elon Musk reportedly asked interested bidders to state how much money they could invest in the project.

Additionally, the social media giant is luring potential bidders, saying that the platform offers access to 'hundreds of millions of qualified users'.

However, it remains unclear which companies have submitted proposals to partner with the X platform. When asked for comments about the project, Musk responded that "no work is being done on this to the best of my knowledge." Musk had acquired Twitter for USD $44 billion last year and since turned the company into a private entity.

## Keep Reading

> MoneyGram's Foray into the Digital Frontier: Unveils Non-custodial Wallet
> 2023 Digital Banking Trends and the Future of Banking

### 'Super App' Plans

Last month, Musk rebranded the platform, changing the iconic blue bird logo to an 'X' symbol. The changes are part of the billionaire's vision to make the platform



