AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Middle District of Florida_____ on the following

**✖** Trademarks or ☐ Patents.  (  ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:23-cv-1903-JA-EJK | DATE FILED<br>October 2, 2023 | U.S. DISTRICT COURT<br>Middle District of Florida |
|---|---|---|
| PLAINTIFF<br><br>X SOCIAL MEDIA, LLC | | DEFENDANT<br><br>X CORP. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| See attached Complaint | | |

| CLERK<br><br>ELIZABETH M. WARREN | (BY) DEPUTY CLERK<br><br>Nativelis Rodriguez | DATE<br><br>October 2, 2023 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA

X SOCIAL MEDIA LLC,

                    Plaintiff,

        v.

X CORP.

                  Defendant.

Civil Action No. _____

**COMPLAINT**

Plaintiff, X SOCIAL MEDIA LLC, by and through its attorneys, alleges as follows:

### NATURE OF ACTION

1.      This is an action for violation of Sections 32 and 43 (a) of the Lanham Act, 15 U.S.C. §§ 1114, 1125; for violations of the common law of the State of Florida arising from unfair competition and trademark and service mark infringement; and for violation of Florida's Deceptive and Unfair Trade Practices Act ("FDUPTA").

### THE PARTIES

2.      Plaintiff, X SOCIAL MEDIA LLC ("X Social Media") is a Florida limited liability company organized and existing under the laws of Florida.

3.      Upon information and belief, Defendant, X CORP. ("X Corp."), is a corporation organized under the laws of Nevada with a principal place of business listed as 701 S Carson St. Suite 200, Carson City, Nevada 89701.

## JURISDICTION AND VENUE

4.     This Court has original jurisdiction over Plaintiff's federal claims and the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and (b), and 15 U.S.C. §§ 1121 and 1225. In addition, this Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367. Furthermore, upon information and belief, this Court also has diversity jurisdiction over this civil action, as diversity of citizenship exists amongst the parties and the matter in controversy exceeds the sum or value of seventy-five thousand dollars ($75,000.00).

5.     Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant has transacted business, regularly does business, and supplies services in the State of Florida and in this District and should reasonably expect their acts to have legal consequences within the State of Florida and this District. Additionally, as alleged herein, this civil action arises out of Defendant's marketing, offering, and sale of Defendant's services in the State of Florida and in this District.

6.     Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the ongoing events giving rise to the claims occurred in this judicial district and Defendant is  subject to personal jurisdiction within this judicial district.

## BACKGROUND FACTS

7.      X Social Media, LLC is a vanguard in utilizing social media and marketing technology to connect consumers with legal services in situations where those harmed would otherwise remain voiceless and without remedy. X Social Media advertises its services under the federally registered trademark X SOCIALMEDIA (the "X SocialMedia Mark"). X Social Media has continuously used the X SocialMedia Mark in commerce since at least as early as 2016, entitling its mark to a presumption of incontestability. Its significant investment in marketplace awareness has resulted in creating a distinctive "X" mark successfully associated with its social media advertising services. From the company's inception, the "X" has signified the act of obtaining hope and help via the unprecedented power of social media for people facing a range of injustices.

8.      X Corp. ("X Corp."), formerly Twitter Inc, is an online news and social networking site acquired by billionaire Elon Musk in 2022. In a move that captured national and international attention, Twitter publicly launched a stunning rebrand campaign in July 2023 announcing that it was adopting the mark "X" (the "Infringing Mark") as the brand for its formidable social media platform. X Corp.'s use of the "X" mark and recent attempt to register the mark in association with social media, business data, promotion and advertising, business consulting, market research services, and advertising services (collectively, the "Infringing Services") necessitates this action because its conduct has caused and will continue to cause serious irreparable harm to X Social Media.

3

**X Social Media's Creation and Use of Its "X" Mark**

9.      X Social Media has offered its advertising and social media services connecting law firms and those in need of advocates since 2016. It was among the first to channel the power of Facebook, now Meta, as a mechanism for educating victims of torts and connecting them with advocates committed to turning the tide on societal harms.

10.      X Social Media, founded in 2015 by Jacob Malherbe, began using the X SocialMedia Mark with its distinctive and dominant letter "X" to signify the beginning of a life-changing journey towards justice.  The mission was to use the power of social media, advertising, and data analysis to educate consumers about dangerous goods and services and to provide consumers with access to legal advocates who could give victims a voice. **Exhibit A.**

11.      In addition to the symbolic emphasis of the "X," X Social Media frequently emphasizes the "X" portion of its mark throughout its advertising, blogs, and newsletters highlighting its work (i.e., "The X Blog" and "X Weekly"). **Exhibit B**.

12.      X Social Media has honed its strategies primarily through Meta's Facebook platform, investing over $400 million in advertising to ensure that potential victims are aware of potentially dangerous goods and services, as well as aware of potential avenues for redress if they have been harmed.

13.      X Social Media advertises its services to consumers, including businesses and law firms, through its website, xsocialmedia.com; books authored

by its founder; a quarterly magazine; and extensive participation in tradeshows and conferences. X Social Media has invested over $2 million to date in building brand awareness and reaching consumers.

14.    X Social Media's consistent messaging and strategic use of social media and data analytics to assist law firms has resulted in impressive growth. INC 5000 ranked X Social Media as the 159th fastest growing private company in the United States in 2020, highlighting its staggering 2,439% 3-year revenue growth.

15.    X Social Media has further protected its brand investment by registering its trademark "X SocialMedia" with the United States Patent and Trademark Office ("USPTO") for use in association with advertising services. **Exhibit C**. The X SocialMedia Mark has been used exclusively and continuously for over five years and has become incontestable.

**X Corp.'s Unlawful Infringing Use of the "X" Mark**

16.    On or about July 2023, Twitter announced its plan to rebrand its popular social media application under the mark "X".  Upon information and belief, Twitter knew of X Social Media's preexisting rights prior to launching its media campaign.

17.    X Corp. made international filings for "X" in March of 2023. These international filings were used as the basis for seven applications before the USPTO (Ser. Nos. 98193518, 98193522, 98193524, 98193527, 98193528,

98193530, and 98193533). These applications are granted a federal priority date of March 24, 2023. **Exhibit D**.

18.     Court filings formally acknowledged the formation of the legal entity X Corp. as early as April 2023.

19.     X Corp.'s rebranding of Twitter to "X" has been the subject of articles published by numerous national outlets such as The New York Times, BBC, Rolling Stone, The Washington Post, CNN, Bloomberg.com, Reuters, and The Wall Street Journal. **Exhibit E.**

20.     The change to "X" correlates with Musk's plans for continued expansion in comprehensive communications, as well as enhanced advertising services connecting businesses who advertise on the "X" platform with social media users. **Exhibit F**.

21.     The media presence and national attention on the "X" rebrand means X Corp. is now known to most social media users and American consumers.  X Corp.'s prominent and dramatic unveiling of "X" was a harbinger of change for the renowned social network.  "X" is touted by Musk as a brand for an "everything app" with expansive user communications and exploitation of consumer data to connect targeted audiences with business and financial service providers.

22.     The media coverage and attention generated by the launch has quickly caused reverse confusion and led consumers to believe that X Social Media's advertising services are being offered by or are associated with X Corp.

6

As "X" is a social media platform, consumers naturally conflate "X SocialMedia" as an X Corp.'s social media platform. Even media outlets covering Twitter's rebrand are using the X SocialMedia Mark in its entirety in headlines while referencing X Corp. **Exhibit G.**

23.     X Social Media has already suffered loss in revenue that correlates with X Corp.'s rebrand and use of the mark "X."  It is highly probable this reverse confusion will continue to X Social Media's financial detriment and to the detriment of the consumers who use and benefit from its services.

24.     X Corp.'s adoption of the "X" mark exemplifies exceptional willful conduct, as it had a legal duty to conduct due diligence and avoid infringing the existing rights of X Social Media. X Corp. was well aware of its legal duty and chose to pursue its "X" mark agenda over avoiding consumer confusion and harm to X Social Media.

25.     As a sophisticated company with a substantial intellectual property portfolio, including numerous federally registered trademarks and applications for its "X" marks, X Corp. would have conducted due diligence clearance searches and been aware of X Social Media's preexisting rights.

26.     X Social Media attempted to resolve the infringing use of its trademark prior to filing this action in federal court by sending X Corp. a cease-and-desist letter in August 2023. X Corp. declined to cease use of the mark and continued to disregard the rights of X Social Media.

27.     Despite its knowledge of X Social Media's trademark rights, X Corp. filed multiple trademark applications for the use of the mark "X", including an application for the following services: Business data analysis; promotional services; business consulting and information services; business, consumer, and market research.  These services are not only identical and closely related to those offered by X Social Media, but they also encompass services and market channels where X Social Media has labored for years to successfully cultivate brand awareness for its X SocialMedia Mark among consumers.

28.     In a short time, X Corp. has wielded its social media clout, marketing resources, and overall national notoriety to dominate consumer perception of its "X" mark. This has resulted in the perception that X Corp. is the source for services offered under the X SocialMedia Mark, despite the fact that X Social Media has offered services under its own X mark for over eight years.

29.     Even a simple Google Search with the query "x social media" will lead to the following answer.



30.     X Corp.'s disparate market strength and advertising leverage is leading and will continue to lead consumers to believe that X Social Media is associated or affiliated with X Corp. Unfortunately, such a perception is financially and strategically harmful to X Social Media's brand and consumer perception of its mission-driven goals.

**FIRST CAUSE OF ACTION**
**(Registered Trademark and Service Mark Infringement)**

31.     Plaintiff repeats and incorporates by reference each of the averments contained in paragraphs 1 through 30 of this complaint with the same force and effect.

32.     Plaintiff owns all rights, title, and interest in the X SocialMedia Mark, which it has used continuously in U.S. commerce since at least as early as 2016.

9

33.     Plaintiff has never authorized Defendant to market and/or offer services or goods bearing the X SocialMedia Mark or confusingly similar marks.

34.     Defendant began its infringing use of Plaintiff's mark at least as early as July 2023 when it engaged in a nationwide rebranding of its popular social media application Twitter, the launch of which was accompanied by wide-scale media coverage through print, television, and internet publications.

35.     Upon information and belief, Defendant's actions are willful and intentional with full knowledge of Plaintiff's prior rights in the X SocialMedia Mark.

36.     Defendant's prolific unauthorized use in commerce of "X" and "X Social Media" formative marks infringes on Plaintiff's rights in the X SocialMedia Mark and violates 15 U.S.C. § 1114 because it renders Defendant's services confusingly similar to Plaintiff's X SocialMedia Mark and creates the erroneous impression in consumers' minds that Plaintiff's services are approved, sponsored, endorsed, developed, or are licensed by, or are in some way affiliated with Defendant.

37.     Defendant's actions have caused actual confusion and reverse confusion amongst consumers and will likely continue to lead consumers to incorrectly conclude that Plaintiff's services originate from or somehow have become connected with Defendant, damaging both Plaintiff and the public.

38.   As a result of Defendant's trademark infringement, Plaintiff has suffered and will continue to suffer damages, including loss of income, profits, and goodwill.

39.   All of Defendant's aforementioned acts are "exceptional", and Plaintiff is entitled to treble damages and attorney's fees under 15 U.S.C. § 1117.

40.   Defendant's acts have caused irreparable damage and injury to Plaintiff and will continue to cause irreparable injury to Plaintiff unless Defendant is enjoined from further infringing upon Plaintiff's registered trademark.

41.   Plaintiff has no adequate remedy at law and is suffering irreparable harm and damages as a result of the wrongful acts of Defendant in an amount to be determined at trial.

### SECOND CAUSE OF ACTION
### (Florida Common Law Unfair Competition)

42.   Plaintiff repeats and incorporates herein by reference each one of the averments contained in paragraphs 1 through 41 of this complaint with the same force and effect.

43.   Defendant's infringing use of "X" in connection with its services constitutes unfair competition. Defendant's conduct is deceptive and misleading and is likely to cause further consumer confusion.

44.   Defendant's conduct willfully disregards Plaintiff's valuable intellectual property rights in its X SocialMedia Mark.

45.     Defendant's acts have caused irreparable damage and injury to Plaintiff and will continue to cause irreparable injury to Plaintiff unless Defendant is enjoined from further infringing upon Plaintiff's trademark.

46.     Plaintiff has no adequate remedy at law and is suffering irreparable harm and damages as a result of the wrongful acts of Defendant in an amount to be determined at trial.

### THIRD CAUSE OF ACTION
### (Florida Deceptive and Unfair Trade Practices Act)

47.     Plaintiff repeats and incorporates herein by reference each of the averments contained in paragraphs 1 through 46 of this complaint with the same force and effect.

48.     The foregoing conduct by Defendant violates § 501.204 of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA").

49.     Defendant offers its social media and social media advertising services under the Infringing Mark nationwide, including throughout the state of Florida.

50.     Defendant's use of the Infringing Mark constitutes an unfair method of competition under FDUTPA and is an unconscionable and unfair practice in the conduct of trade or commerce.

51.     Defendant's rebranding pervaded national news media and was broadcast to consumers through all channels, including consumers in the state of Florida, resulting in present consumer confusion and the probability of ongoing

12

consumer confusion, as to Plaintiff's affiliation, connection, or association with Defendant and its services.

52.    Defendant's acts have caused irreparable damage and injury to Plaintiff and will continue to cause irreparable injury to Plaintiff unless Defendant is enjoined from further infringing upon Plaintiff's registered trademark.

53.    Plaintiff has no adequate remedy at law and is suffering irreparable harm and damages as a result of the wrongful acts of Defendant in an amount to be determined at trial.

### FOURTH CAUSE OF ACTION
### (Common Law Trademark and Service Mark Infringement)

54.    Plaintiff repeats and incorporates herein by reference each of the averments contained in paragraphs 1 through 53 of this complaint with the same force and effect.

55.    Plaintiff first used the X SocialMedia Mark in commerce at least as early as 2016.

56.    Plaintiff has invested considerable time, effort, and money in the X SocialMedia Mark over the past eight years, resulting in established goodwill and reputation amongst consumers.

57.    Plaintiff's X SocialMedia Mark contains the distinctive "X" in connection with its advertising services, and Plaintiff's X SocialMedia Mark is subject to trademark protection in Florida.

58.     Defendant's use of the Infringing Mark in connection with its Infringing Services is confusingly similar to Plaintiff's X SocialMedia Mark and services.

59.     Defendant was aware of Plaintiff's X SocialMedia Mark at the time it chose to rebrand Twitter, and Defendant was aware that consumer confusion was probable as a result of its rebrand.

60.     Defendant's use of the Infringing Mark is without the permission, consent, or authorization of Plaintiff.

61.     Defendant's national rebrand campaign has resulted in consumer confusion in the form of reverse confusion and will continue unless Defendant ceases use of the Infringing Mark.

62.     Defendant's conduct violates Fla. Stat. § 495.131.

63.     Defendant's acts have caused irreparable damage and injury to Plaintiff, which will likely continue unless Defendant is enjoined from further infringing upon Plaintiff's trademark.

64.     Plaintiff has no adequate remedy at law and is suffering irreparable harm and damages as a result of the wrongful acts of Defendant in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment in its favor against Defendant as follows:

A.      An injunction permanently enjoining and restraining Defendant, its agents, servants, employees, successors, assigns, subsidiaries, related companies, parent companies, licensees, and all persons in active concert of participation with them:

1.      From marketing, offering, selling or distributing services bearing the mark "X", X SOCIALMEDIA, or any confusingly similar variation(s) thereof;

2.      From engaging in deceptive trade practices or acts in the conduct of Defendant's business by means of offering services in association with the X SocialMedia Mark.

B.      Directing Defendant to remove all references to "X", X SOCIALMEDIA, and/or any confusingly similar variation(s) thereof contained in any advertising and/or marketing materials published by Defendant, including any and all social media posts.

C.      Directing Defendant to publish corrective advertising to correct the consumer confusion caused by Defendant's infringing use of "X".

D.      Directing Defendant to account to Plaintiff all profits resulting from Defendant's use of the "X", X SOCIALMEDIA, and/or any confusingly similar variation(s) thereof.

E.      Awarding Plaintiff its damages from Defendant's unlawful and wrongful acts.

F.      Awarding Plaintiff three (3) times the amount of Plaintiff's damages or

Defendant's profits, whichever is greater.

G.      Awarding Plaintiff the cost and expenses incurred in connection with this action, as well as its reasonable attorneys' fees.

H.      Awarding Plaintiff such other and further relief as the Court may deem just and proper.


Date: October 2, 2023                `            Respectfully Submitted,

Gerben Perrott, PLLC
*Attorneys for X Social Media LLC*
1050 Connecticut Ave NW
Suite 500
Washington, DC 20036
Tel.: 202-579-0727


By: /s/ Kathryn Kent
    Kathryn G. Kent, Esq.
    *Lead Counsel*
    VT #4455
    kkent@gerbenlawfirm.com

    Sophie Edbrooke, Esq.
    NY #6039838
    sedbrooke@gerbenlawfirm.com

16

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Complaint was served via electronic mail to Defendants' attorney listed below, on this 2nd of October 2023.

Respectfully Submitted,

/s/ Kathryn Kent
Kathryn G. Kent, Esq.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
X Social Media LLC

### DEFENDANTS
X Corp.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant San Francisco
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gerben Perrott, PLLC
1050 Connecticut Avenue, Suite 500
Washington, DC 20036 / 202-579-0727

Attorneys *(If Known)*
Adam Weiss, Polsinelli PC
PO BOX 140310
Kansas City, MO 64114

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☒ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C.1114(1)(a); 15 U.S.C. 1125(a)(1).
Brief description of cause:
Lanham Act; Trademark Infringement and Unfair Competiton

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $ To be Determined
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 10-02-23
SIGNATURE OF ATTORNEY OF RECORD /s/ Kathryn Kent

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
   United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
   United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
   Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
   Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
   Original Proceedings. (1) Cases which originate in the United States district courts.
   Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
   Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
   Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
   Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
   Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
   Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
   **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
   Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
   Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# EXHIBIT A



 **SocialMedia**®

About ▾    Advertising ▾    Active Torts    Mass Tort Insider    ContactUs         Newsletter

# Why advertise on Facebook?

Engage the audience on Social Media that is ready to hear your message.

### Grow your business

Engage with new target audiences through new mobile platforms like Instagram and Facebook Messenger.

### Target your audience

Choose your target audience based on demographics, interests, location, & contact information.

### Expand your reach

With over 1 billion daily active users, you're able to EXPAND your reach to new customers instantly.



## What you can expect

✓ Manage Ad Spending          ✓ Live Reporting

✓ Custom Audience Creation    ✓ Dynamic Ad Creation

✓ Custom Landing Pages        ✓ Engaging Content

✓ Pixel Implementation

Learn how X Social Media can help your Law Firm



## The X Social experience

Our goal is to provide each client with an amazing personalized experience! All clients will have a dedicated account manager to assist them and answer any questions they may have.

If you don't already have a Facebook page, we will set it up for you. We build custom landing pages to help guide traffic to your website and capture lead information.

Get Started

| Clients | Leads Generated |
| --- | --- |
| **300** | **33k** |



### Social Media Business Manager Experts

Our team has comprehensive knowledge of The Facebook Marketing Tool and how to use it to get you the most conversions.



### Qualified Lead Generation

We will upload your customer lists so they can be targeted or excluded from campaigns.

### Results-Based Services

Our Goal is to see you succeed.

5:07:26 PM 9/28/2023                                  https://www.xsocialmedia.com/about/

 **SocialMedia**®

About ▾    Advertising ▾    Active Torts    Mass Tort Insider    Contact Us    ⦿ in 𝕏    [ Newsletter ]

# Legal Industry

Get more qualified clients via Social Media & Digital TV



## Grow Your Firm by Investing in Facebook Advertising

There are about 214 million Americans on Facebook, about 81% of the population. That's a lot of people scrolling through their feeds and it presents a great opportunity for your firm to educate potential new clients on different Mass Tort drugs and devices.



" Jacob and his team have been helping us on various projects for several years now and the performance has always been great.

- Robert Blanchard, Attorney

[ Get Started ]

5:08:24 PM 9/28/2023     https://www.xsocialmedia.com/legal-industry/

# EXHIBIT B




**BETTER PRICE • BETTER CONVERSION • BETTER QUALITY**

**33,000 MONTHLY LEADS**

**DATA DRIVEN**

**FACEBOOK AND INSTAGRAM ADVERTISING**

**$5 MILLION MONTHLY SPEND**

**MTMP® AWARD WINNER**

**5 - 10x CHEAPER CONVERSION**

**103 MILLION MONTHLY IMPRESSIONS**

**300 LAW FIRM CLIENTS**

**DATA DRIVEN**

**FACEBOOK AND INSTAGRAM ADVERTISING FOR PLANTIFF LAWYERS ONLY**





**X SocialMedia**
A Facebook Ad Agency

**WWW.XSOCIALMEDIA.COM**
**(888)670-0006**



2018
MTMP
LEGAL
SERVICES
INNOVATION

 **SocialMedia®**

About ▾    Advertising ▾    Active Torts    Mass Tort Insider    ContactUs    ⊗ in 𝕏    Newsletter

# The X Blog

CATEGORIES ::  **ALL**  /  FIRM NEWS  /  LEGAL  /  VERDICTS & SETTLEMENTS



Published on: 09/26/2023

**Unveiling: Mass Tort Insider – Vol 2 – X SocialMedia® LLC**



Published on: 09/19/2023

**Camp Lejeune & Latest Updates from X SocialMedia®LLC.**



Published on: 07/13/2023

**UPDATES on Zantac, PFAS, & FTX Settlements – X Social**



Published on: 06/20/2023

**Updates in Hair Relaxer, 3M bankruptcy, & Roundup Trial – X**



Published on: 06/13/2023

**JPML decisions are in! – X Social Media**



Published on: 06/06/2023

**This Week's Highlights: Settlements, CEO Involvement,**

**1** 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

View this email in your browser



**The official newsletter of X Social Media**

## Camp Lejeune & Latest Updates from X SocialMedia®LLC.

**Dear Friends,**

I trust this newsletter finds you well. As those involved in personal injury and mass torts are aware, cases involving the Camp Lejeune victims have garnered significant attention in recent months. The Navy and DOJ have recently suggested an Elective Option to compensate victims that were at Camp Lejeune.

---

## CAMP LEJEUNE
### WATER CONTAMINATION CAUSING CANCER

## FINANCIAL SETTLEMENT IS POSSIBLE



A new bipartisan bill helps heroes and their
families exposed to the water between 1953 - 1987.



**FILING A CAMP LEJEUNE CLAIM
DOES NOT AFFECT YOUR V.A. BENEFITS**

**LEARN MORE**

---

**The Elective Option categorizes claims into two distinct tiers:**

- Tier 1 Injuries: Kidney Cancer, Liver Cancer, Non-Hodgkin Lymphoma, Leukemias, and Bladder Cancer. Compensation ranges from $150,000 to $300,000 based on the duration of the victim's stay at Camp Lejeune. An additional $100,000 will be added for family members in case of the claimant's passing.
- Tier 2 Injuries: Multiple Myeloma, Parkinson's Disease, Kidney Disease/End Stage Renal Disease, Systemic Sclerosis/Systemic Scleroderma. The compensation for these injuries varies between $100,000 and $250,000, also based on the length of stay at Camp Lejeune. Like Tier 1, an additional $100,000 is added if the claimant has passed away.

While the option is termed "Elective," its structure resembles a Quick Pay arrangement. This situation necessitates a thorough evaluation by skilled trial lawyers to determine fair compensation.

# EXHIBIT C

# United States of America

## United States Patent and Trademark Office

# X SOCIALMEDIA

**Reg. No. 5,554,203**

**Registered Sep. 04, 2018**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

X Social Media  (FLORIDA LIMITED LIABILITY COMPANY)
350 E Crown Point Rd 1060
Winter Garden, FLORIDA 34787

CLASS 35: Advertising services

FIRST USE 2-8-2015; IN COMMERCE 3-3-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown:
"SOCIAL MEDIA"

SER. NO. 87-759,272, FILED 01-17-2018



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2023-09-27 22:00:58 EDT

**Mark:** X SOCIALMEDIA



| | | | |
|---|---|---|---|
| **US Serial Number:** | 87759272 | **Application Filing Date:** | Jan. 17, 2018 |
| **US Registration Number:** | 5554203 | **Registration Date:** | Sep. 04, 2018 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Sep. 04, 2018

**Publication Date:** Jun. 19, 2018

# Mark Information

**Mark Literal Elements:** X SOCIALMEDIA

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "SOCIAL MEDIA"

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Advertising services

**International Class(es):** 035 - Primary Class   **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Feb. 08, 2015   **Use in Commerce:** Mar. 03, 2016

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |

Filed No Basis:  No

# Current Owner(s) Information

Owner Name:  X Social Media

Owner Address:  4302 Rex Dr
Winter Garden, FLORIDA UNITED STATES 34787

Legal Entity Type:  LIMITED LIABILITY COMPANY

State or Country Where Organized:  FLORIDA

# Attorney/Correspondence Information

### Attorney of Record

Attorney Name:  Joshua M. Gerben, Esq.

Docket Number:  10845-0002

Attorney Primary Email Address:  jgerben@gerbenlawfirm.com

Attorney Email Authorized:  Yes

### Correspondent

Correspondent Name/Address:  Joshua M. Gerben, Esq.
Gerben Perrott, PLLC
1050 Connecticut Ave NW, Suite 500
Washington, DISTRICT OF COLUMBIA UNITED STATES 20036

Correspondent e-mail:  jgerben@gerbenlawfirm.com filings@gerbenlawfirm.com

Correspondent e-mail Authorized:  Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 25, 2023 | TEAS SECTION 8 & 15 RECEIVED | |
| Sep. 14, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 14, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 14, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 14, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Sep. 14, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Sep. 04, 2023 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Sep. 04, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 19, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 19, 2018 | PUBLISHED FOR OPPOSITION | |
| May 30, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 13, 2018 | ASSIGNED TO LIE | 70884 |
| May 03, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 03, 2018 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| May 03, 2018 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| May 03, 2018 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| May 03, 2018 | EXAMINERS AMENDMENT -WRITTEN | 91167 |
| Apr. 26, 2018 | ASSIGNED TO EXAMINER | 91167 |
| Jan. 29, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 20, 2018 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

Current Location:  PUBLICATION AND ISSUE SECTION

Date in Location:  Sep. 04, 2018

# EXHIBIT D

**Generated on:** This page was generated by TSDR on 2023-09-27 21:46:21 EDT

**Mark:** X

X

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98193522 | **Application Filing Date:** | Sep. 22, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/APPLICATION/Awaiting Examination | |
| | | The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. | |
| **Status:** | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| **Status Date:** | Sep. 26, 2023 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | X |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 0089093 | **Foreign Application Filing Date:** | Mar. 24, 2023 |
| **Foreign Application/Registration Country:** | JAMAICA | | |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Business data analysis; promotional services; business consulting and information services; business, consumer, and market research | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) 44(d) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | Yes | **Currently 44E:** | No |

| | |
|---|---|
| **Filed 44E:** No | **Currently 66A:** No |
| **Filed 66A:** No | **Currently No Basis:** No |
| **Filed No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** X CORP.

**Owner Address:** 1355 MARKET STREET, SUITE 900
SAN FRANCISCO, CALIFORNIA UNITED STATES 94103

**Legal Entity Type:** CORPORATION  **State or Country Where Organized:** NEVADA

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Adam S. Weiss  **Docket Number:** 086957X35

**Attorney Primary Email Address:** uspt@polsinelli.com  **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** ADAM S. WEISS
POLSINELLI PC
PO BOX 140310
KANSAS CITY, MISSOURI UNITED STATES 64114-0310

**Phone:** 312-873-3644

**Correspondent e-mail:** uspt@polsinelli.com XCorpTM@Polsinelli.com  **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING  **Date in Location:** Sep. 26, 2023

**Generated on:** This page was generated by TSDR on 2023-09-27 21:46:38 EDT

**Mark:** X

X

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98193533 | **Application Filing Date:** | Sep. 22, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Awaiting Examination |

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Sep. 26, 2023

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | X |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 0089098 | **Foreign Application Filing Date:** | Mar. 24, 2023 |
| **Foreign Application/Registration Country:** | JAMAICA | | |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Hosting an online website community for registered users to share information, photos, audio and video content and to form virtual communities; Providing user authentication services in e-commerce transactions | | |
| **International Class(es):** | 045 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) 44(d) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |

| | | | |
|---|---|---|---|
| **Filed 44D:** | Yes | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | X CORP. |
| **Owner Address:** | 1355 MARKET STREET, SUITE 900 SAN FRANCISCO, CALIFORNIA UNITED STATES 94103 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | NEVADA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Adam S. Weiss | **Docket Number:** | 086957X45 |
| **Attorney Primary Email Address:** | uspt@polsinelli.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | ADAM S. WEISS POLSINELLI PC PO BOX 140310 KANSAS CITY, MISSOURI UNITED STATES 64114-0310 |
| **Phone:** | 312-873-3644 |
| **Correspondent e-mail:** | uspt@polsinelli.com XCorpTM@Polsinelli.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Sep. 26, 2023 |

**Generated on:** This page was generated by TSDR on 2023-09-27 21:46:35 EDT

**Mark:** X

X

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98193530 | **Application Filing Date:** | Sep. 22, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Awaiting Examination |

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Sep. 26, 2023

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | X |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 0089094 | **Foreign Application Filing Date:** | Mar. 24, 2023 |
| **Foreign Application/Registration Country:** | JAMAICA | | |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Computer services, namely, providing a platform featuring technology that enables internet users to post, upload, view, and share data, information and multimedia content | | |
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) 44(d) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |

| | | | |
|---|---|---|---|
| **Filed 44D:** | Yes | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | X CORP. |
| **Owner Address:** | 1355 MARKET STREET, SUITE 900<br>SAN FRANCISCO, CALIFORNIA UNITED STATES 94103 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | NEVADA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Adam S. Weiss | **Docket Number:** | 086957X42 |
| **Attorney Primary Email Address:** | uspt@polsinelli.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | ADAM S. WEISS<br>POLSINELLI PC<br>PO BOX 140310<br>KANSAS CITY, MISSOURI UNITED STATES 64114-0310 |
| **Phone:** | 312-873-3644 |
| **Correspondent e-mail:** | uspt@polsinelli.com XCorpTM@Polsinelli.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Sep. 26, 2023 |

**Generated on:** This page was generated by TSDR on 2023-09-27 21:46:32 EDT

**Mark:** X

X

|  |  |  |  |
|---|---|---|---|
| **US Serial Number:** | 98193528 | **Application Filing Date:** | Sep. 22, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:** 

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Sep. 26, 2023

## Mark Information

**Mark Literal Elements:** X

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Foreign Information

**Priority Claimed:** Yes

**Foreign Application Number:** 0089095

**Foreign Application Filing Date:** Mar. 24, 2023

**Foreign Application/Registration Country:** JAMAICA

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Organizing and conducting exhibitions, events, workshops, seminars, and panel discussions; providing a website featuring user-generated blogs; providing online journals, namely, blogs and video blogs featuring personal information and opinions in the field of general interest

**International Class(es):** 041 - Primary Class

**U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(b) 44(d)

## Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Currently Use:** No

**Currently ITU:** Yes

| | | | |
|---|---|---|---|
| **Filed 44D:** | Yes | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | X CORP. |
| **Owner Address:** | 1355 MARKET STREET, SUITE 900<br>SAN FRANCISCO, CALIFORNIA UNITED STATES 94103 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | NEVADA |

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Adam S. Weiss | **Docket Number:** | 086957X41 |
| **Attorney Primary Email Address:** | uspt@polsinelli.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | ADAM S. WEISS<br>POLSINELLI PC<br>PO BOX 140310<br>KANSAS CITY, MISSOURI UNITED STATES 64114-0310 |
| **Phone:** | 312-873-3644 |
| **Correspondent e-mail:** | uspt@polsinelli.com XCorpTM@Polsinelli.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Sep. 26, 2023 |

**Generated on:** This page was generated by TSDR on 2023-09-27 21:46:30 EDT

**Mark:** X

X

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98193527 | **Application Filing Date:** | Sep. 22, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Awaiting Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| **Status:** | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| **Status Date:** | Sep. 26, 2023 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | X |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 0089096 | **Foreign Application Filing Date:** | Mar. 24, 2023 |
| **Foreign Application/Registration Country:** | JAMAICA | | |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Telecommunication services, namely, transmission and streaming of voice, data, images, audio, video, real-time news, entertainment content, or information by means of telecommunications networks, wireless communication networks, and the internet; providing online forums for the transmission of information, audio, video, real-time news, entertainment content, or information among users of computing and mobile devices in an online community | | |
| **International Class(es):** | 038 - Primary Class | **U.S Class(es):** | 100, 101, 104 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) 44(d) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |

| | | | |
|---|---|---|---|
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | Yes | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** X CORP.

**Owner Address:** 1355 MARKET STREET, SUITE 900
SAN FRANCISCO, CALIFORNIA UNITED STATES 94103

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** NEVADA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Adam S. Weiss

**Docket Number:** 086957X38

**Attorney Primary Email Address:** uspt@polsinelli.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** ADAM S. WEISS
POLSINELLI PC
PO BOX 140310
KANSAS CITY, MISSOURI UNITED STATES 64114-0310

**Phone:** 312-873-3644

**Correspondent e-mail:** uspt@polsinelli.com XCorpTM@Polsinelli.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING

**Date in Location:** Sep. 26, 2023

**Generated on:** This page was generated by TSDR on 2023-09-27 21:46:26 EDT

**Mark:** X

X

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98193524 | **Application Filing Date:** | Sep. 22, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**   LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Sep. 26, 2023

## Mark Information

**Mark Literal Elements:** X

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Foreign Information

**Priority Claimed:** Yes

**Foreign Application Number:** 0089097

**Foreign Application/Registration Country:** JAMAICA

**Foreign Application Filing Date:** Mar. 24, 2023

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial transaction services, namely, providing secure commercial transactions

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b) 44(d)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | Yes | **Currently 44E:** | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | X CORP. |
| **Owner Address:** | 1355 MARKET STREET, SUITE 900<br>SAN FRANCISCO, CALIFORNIA UNITED STATES 94103 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | NEVADA |

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Adam S. Weiss | **Docket Number:** | 086957X36 |
| **Attorney Primary Email Address:** | uspt@polsinelli.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | ADAM S. WEISS<br>POLSINELLI PC<br>PO BOX 140310<br>KANSAS CITY, MISSOURI UNITED STATES 64114-0310 |
| **Phone:** | 312-873-3644 |
| **Correspondent e-mail:** | uspt@polsinelli.com XCorpTM@Polsinelli.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Sep. 26, 2023 |

**Generated on:** This page was generated by TSDR on 2023-09-27 21:46:10 EDT

**Mark:** X

X

| | |
|---|---|
| **US Serial Number:** 98193518 | **Application Filing Date:** Sep. 22, 2023 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Sep. 26, 2023

## Mark Information

**Mark Literal Elements:** X

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Foreign Information

**Priority Claimed:** Yes

**Foreign Application Number:** 0089099

**Foreign Application Filing Date:** Mar. 24, 2023

**Foreign Application/Registration Country:** JAMAICA

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Downloadable software to enable uploading, creating, posting, editing, showing, displaying, blogging, sharing, streaming, and transmitting of electronic media, video, real-time news, entertainment content, or information over the internet and other communications networks

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(b) 44(d)

## Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** No | **Currently Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes |

| | | | |
|---|---|---|---|
| **Filed 44D:** | Yes | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** X CORP.

**Owner Address:** 1355 MARKET STREET, SUITE 900
SAN FRANCISCO, CALIFORNIA UNITED STATES 94103

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** NEVADA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Adam S. Weiss

**Attorney Primary Email Address:** uspt@polsinelli.com

**Docket Number:** 086957X9

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** ADAM S. WEISS
POLSINELLI PC
PO BOX 140310
KANSAS CITY, MISSOURI UNITED STATES 64114-0310

**Phone:** 312-873-3644

**Correspondent e-mail:** uspt@polsinelli.com XCorpTM@Polsinelli.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** NEW APPLICATION PROCESSING

**Date in Location:** Sep. 26, 2023

# EXHIBIT E











**The New York Times**

Elon Musk    Review of New Biography    Takeaways from the Book    Q&A With the Biographer

## From Twitter to X: Elon Musk Begins Erasing an Iconic Internet Brand

The tech billionaire started removing the bird logo that has been part of Twitter's identity since 2006.



A worker began removing the logo of the company recently renamed X before the San Francisco police stopped him for doing "unauthorized work" on Monday. *Jim Wilson/The New York Times*

By Ryan Mac and Tiffany Hsu
Ryan Mac reports on Twitter, and Tiffany Hsu on misinformation.

July 24, 2023

阅读简体中文版    閱讀繁體中文版

For more than 10 years, Twitter has been recognizable for its blue and white bird logo, which became a symbol of the social network's unique culture and lexicon. To "tweet" became a verb. A "tweet" referred to a post. "Tweeps" became the moniker for Twitter employees.

Late on Sunday, Elon Musk began getting rid of it all.

The tech billionaire, who bought Twitter last year, renamed the social platform X.com on its website and started replacing the bird logo with a stylized version of the 24th letter of the Latin alphabet.

Inside Twitter's headquarters in San Francisco on Monday, X logos were projected in the cafeteria, while conference rooms were renamed to words with X in them, including "eXposure," "eXult" and "s1Xty," according to photos seen by The New York Times. Workers also began removing bird-related paraphernalia, such as a giant blue logo in the cafeteria. Outside the building, workers took off the first six letters of Twitter's name before the San Francisco Police Department stopped them for performing "unauthorized work," according to an alert sent by the department.



Parts of the Twitter sign in the street after the police intervened. *Jim Wilson/The New York Times*

Mr. Musk had long said he might make the name change, but he hastened the process in a tweet early Sunday when he declared that "soon we shall bid adieu to the twitter brand and, gradually, all the birds." He has said he hopes to turn Twitter into an "everything app" called X, which would encompass not only social networking but also banking and shopping.



# EXHIBIT F

 **Business**

Basics ⌄    Advertising ⌄    Products ⌄    Resources and guides ⌄    Ads Help Center ⌄        🔍    Start a campaign



# Expand what's possible with X Ads

With X Marketing Partners, you get access to world-class technology companies that enhance the X Ads experience. So, you can find the most valuable audiences, craft more effective campaigns, elevate your creative, and much more.

**Find a Partner**    **Become a Partner**

## Tap into a broad range of advertising solutions that make X Ads easier and more effective.

**Audience Targeting**
Find more valuable audiences.

**Creative and Ad Experiences**
Produce higher quality creative.

**Campaign Management**
Activate media more efficiently.

**Advertising Analytics**
Get deeper reporting insights.

## Look for the badge



**X Marketing Partners are carefully selected for their outstanding products and proven track record of customer success.**

Partnership is by invitation only, and all partners are periodically reviewed to be sure they continue to deliver great experiences across all facets of their business -- products, solutions, client service, and more.

By design, it's not easy to get a X Marketing Partner badge. When you see it, you'll know you're working with the best of the best.

## Partner Success Stories

**Learn how partner solutions help brands succeed.**



Partners

### ASICS

ASICS, a Japanese multinational sports equipment manufacturer, partnered with Socialdatabase to build a SuperAudience for its running shoes in the UK, improving video completion rates and increasing purchase intent.

**Read more**



Partners

### Heineken

Heineken, a Dutch multinational brewing company, partnered with Socialdatabase to identify and drive content engagement with hard core SuperAudience F1 fans during the Grand Prix.

**Read more**



Partners

### Havas Media Middle East

Havas Media Middle East, a global advertising agency based in Dubai, partnered with Adverity to integrate data access across platforms resulting in operational efficiency, visibility into metric performance and new revenue streams.

**Read more**

**Read more**

**𝕏** Business

Basics ⌄    Advertising ⌄    Products ⌄    Resources and guides ⌄    Ads Help Center ⌄        🔍    Start a campaign



# Get started with X Ads

**Create an ad**

## 1. Access your ads account

Visit ads.twitter.com and login using the credentials for the account you want to run a campaign from.





## 2. Add a payment method

Before you can run an X Ads campaign, you need to add a payment method. You will not be billed unless you launch a campaign.

## 3. Create your ads

Select "Tweet composer (New)" from the "Creatives" menu.

Create your Tweet, **keep the Promoted-only box checked,** and hit "Tweet". Repeat until you've created all of the Tweets you'd like to promote.

**Click here to see best practices:**                    ⌄





### 4. Build your campaign

Select "Create campaign" from the "Campaigns" drop-down menu in your Ads Manager. Follow the prompts to choose your objective and fill in your campaign details.

**Click the dots below to see our tips:**

**Budget:** There is no minimum spend, and you can adjust your budget as you go.

● ○ ○

### 5. Launch and optimize!

Once your campaign is live, you'll be able to track results in real-time from your Ads Manager dashboard.



# Ready to get started?

Let's go!

| X platform | X Corp. | Help | Developer resources | Business resources |
|---|---|---|---|---|
| X.com | About the company | Help Center | Developer home | Advertise |
| Status | Company news | Using X | Documentation | X for business |
| Accessibility | Brand toolkit | X for creators | Communities | Resources and guides |
| Embed a post | Jobs and internships | Ads Help Center | Forums | X for marketers |

𝕏 Business

Basics ⌄   Advertising ⌄   Products ⌄   Resources and guides ⌄   Ads Help Center ⌄        🔍   Start a campaign



# X Business basics

Contact an X Ads specialist

## Learn the basics of X

**Build your brand with X for Business**

X is where people go to discover something new and see what's happening in the world. It's the perfect place for brands to launch new products and connect to what's happening. Use these key resources to build and strengthen your presence on the platform.

## Why X?

Learn about the benefits of X for your business and how having a strong presence on X can help you boost brand metrics across the marketing funnel.

Learn more





## Create a profile

Establish your brand identity with an X profile for your business. Add your official name, logo, location, and elevator pitch in your bio to give people a reason to follow you.

Learn more

## Tweet ideas

Now that your profile is up and running, it's time to get Tweeting. Let your personality shine through with compelling content.

Not sure what to say? Use these evergreen Tweet ideas to get started.

**Learn more**



r at Twitter. We're your resource
nd grow your business.

arch 2010

ng **3,346** Followers

## Grow your following

Build a loyal following and community on X to extend the reach of your brand and message. Follow these steps to see exponential growth for your account.

**Learn more**

*Tweets & re*

## Organic best practices

The most successful brands on X have both paid and organic strategies. Here are our tips for creating effective organic Tweets.

**Learn more**





Agency Playbook

**Get the X Agency Playbook**

Character Count

**Listen to the Character Count podcast**



X Business blog

**Visit our blog for more resources**

## Get personalized support from our X Ads team

**Contact us**

## Get personalized tips

Visit your Business Insights Dashboard for actionable advice to guide your business to success on X.

**Access Business Insights**

# EXHIBIT G





9/26/2023 2:11:18 PM
https://www.reuters.com/technology/musks-x-social-media-platform-shuts-down-promoted-accounts-ad-business-axios-2023-08-15/





**X Social Media Searches for Financial Data Partner for Trading Hub: Report**

Friday, 04/08/2023 | 13:27 GMT by Jared Kirui

**The firm wants to develop and enhance the social media platform into a 'super app'.**

**The company is seeking proposals for real-time stock data and financial content.**

⌂ CryptoCurrency     ⌂ X Social Media



🐦        in        ✉️        📋               💾
                                    Learn        Save
                                    about
                                    Payment
                                    s

X platform, formerly known as Twitter, is reportedly searching for a financial data partner to create a trading hub within the social media platform. X has reportedly sent requests for bids for the proposed project. According to a report by the media publication *Semafor*, the requests were sent in recent weeks.

**Discover StealthEX.io - the future of cryptocurrency. Swap instantly across 1000+ coins, no sign-up, secure, and private. Dive into the new age of crypto!**

### Musk Eyes Financial Services



provide financial content, real-time stock data, among other services. In the proposal, the company owned by Elon Musk reportedly asked interested bidders to state how much money they could invest in the project.

Additionally, the social media giant is luring potential bidders, saying that the platform offers access to 'hundreds of millions of qualified users'.

However, it remains unclear which companies have submitted proposals to partner with the X platform. When asked for comments about the project, Musk responded that "no work is being done on this to the best of my knowledge." Musk had acquired Twitter for USD $44 billion last year and since turned the company into a private entity.

### Keep Reading

›  MoneyGram's Foray into the Digital Frontier: Unveils Non-custodial Wallet
›  2023 Digital Banking Trends and the Future of Banking

### 'Super App' Plans

Last month, Musk rebranded the platform, changing the iconic blue bird logo to an 'X' symbol. The changes are part of the billionaire's vision to make the platform


Project Time Tracking      Open

