United States District Court
Middle District of Florida
Orlando Division

**X Social Media, LLC**

    *Plaintiff,*

v.                                                      **NO:** 6:23-cv-01903-JA-EJK

**X Corp.**

    *Defendant.*

---

## Opposed Motion for Special Admission

Kathryn Kent, Esquire, moves for special admission to represent plaintiff in this action and respectfully addresses the concerns raised by the Court in its denial of my initial motion for special admission.

First, I will address why there was no case number included in my initial motion. I initially filed my motion for special admission via the Court's web portal along with the complaint for a "new case." At the time of the initial filing of my motion on October 2, 2023, the case number was not assigned, and I noted this on the web portal information as instructed. My initial motion for admission was misplaced by the clerk's office. I discovered this after a call to the clerk's office to inquire about the delay in a decision on the motion. The motion was then kindly located by the clerk and resubmitted by the clerk's office as it was originally filed. Therefore, it did not include a case number.

1

In addition, I utilized the Court's standard form for special admissions which includes the supplied language (found below), *"I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida"*. It was my understanding that by not listing any cases, it would be clear that I had not appeared in any cases. I apologize to the Court for any confusion this caused. I should have specifically stated that there were no such cases.

Last, the Court has noted that my signature block was not in conformance with federal rules. This was an oversight during the unfamiliar process of submitting documents via the court's web portal. Although my phone number, email, and other identifying information were supplied with the form via the court's web portal filing process that information should have appeared in my signature block as well. I am familiar with the rules of federal procedure and make every effort to avoid inadvertent omissions. I will certainly make every effort to avoid mistakes and comply with all local rules as well should the Court grant my motion for special admission. Again, I apologize to the Court and hope my explanation has adequately addressed the concerns raised by the Court.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, District of Vermont, Southern District of New York, and Eastern District of New York.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: There are no Florida cases in which I have appeared.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/Kathryn Kent<br>
Kathryn Kent, Esq.<br>
Gerben Perrott, PLLC<br>
VT Bar #4455<br>
kkent@gerbenlawfirm.com<br>
801-498-7167