# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

X SOCIAL MEDIA, LLC,

    Plaintiff,

v.                                          Case No. 6:23-cv-1903-JA-EJK

X CORP.,

    Defendant.
_____

## ORDER

Plaintiff has not yet filed a Disclosure Statement as required by Local Rule 3.03 and the Initial Case Order (Doc. 7). Plaintiff shall file a Disclosure Statement within seven days of the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida, on October 19, 2023.

                                                    JOHN ANTOON II
                                                    United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties