UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

X SOCIAL MEDIA LLC,

    Plaintiffs,

v.                                                           Case No. 6:23-CV-01903

X CORP,

    Defendants.

_____

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

    Plaintiff initially filed this disclosure statement on October 16, 2023 via the Court's website portal because Counsel was waiting for cm/ecf filing privileges. Unfortunately, it appears the October 16 filing did not reach the Court. Therefore, Plaintiff is refiling the disclosure statement.

    Under Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, X Social Media, LLC, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:  There are no such corporations or entities.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]] Not applicable.

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:
    - Gerben Perrott, PLLC;
    - Kathryn Kent, Senior Litigation Counsel for Gerben Perrott;
    - PLLC, Sophie Edbrooke, Associate Attorney for Gerben Perrott, PLLC;
    - X Social Media, LLC, Jacob Malherbe, CEO and Founder of X Social Media, LLC;
    - David Potter, President and General Counsel of X Social Media, LLC;
    - Chuck Biskobing, Esq., minority shareholder of X Social Media, LLC.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome: There are none.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: There are none.

6. Identify each person arguably eligible for restitution: Not applicable.

☒  I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

[signatures on following page]

---

there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

                                        /s/ Sophie Edbrooke

                                        Sophie A. Edbrooke, Esq.
Gerben Perrott, PLLC
NY Bar # 6039838
sedbrooke@gerbenlawfirm.com
202-579-0727
*Admitted Pro Hac Vice*


                                        /s/Kathryn Kent

Kathryn Kent, Esq.
Gerben Perrott, PLLC
VT Bar #4455
kkent@gerbenlawfirm.com
801-498-7167
*Pro Hac Vice admission pending*