UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

X SOCIAL MEDIA, LLC,

      Plaintiff,

v.                                      Case No: 6:23-cv-1903-JA-EJK

X CORP.,

      Defendant.

## ORDER

This cause comes before the Court without oral argument on Plaintiff's Motion for Special Admission of Kathryn Kent (the "Motion"), filed October 19, 2023. (Doc. 11.)

Upon consideration, the Motion is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

**DONE** and **ORDERED** in Orlando, Florida on October 27, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE