**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| X SOCIAL MEDIA LLC,<br><br>                Plaintiff,<br><br>v.<br><br>X CORP.,<br><br>                Defendant. | Case No. 6:23-cv-01903-JA-EJK |

**DECLARATION OF CHRISTOPHER J. LAUZAU IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

I, Christopher J. Lauzau, declare under penalty of perjury as follows:

1. I submit this declaration based on personal knowledge in support of Defendant's Motion to Dismiss the Complaint. I am over the age of 18 and am competent to testify.

2. I am a Senior Legal Research Analyst at Debevoise & Plimpton LLP, counsel for Defendant.

3. On November 30, 2023, I conducted an online search of the United States Patent and Trademark Office's (USPTO) records using Clarivate's Saegis trademark database. I searched for all "X" related marks in International Class 35 that achieved registration and that were currently active. Attached hereto as Exhibit 1 is a table displaying all live, registered X-formative marks registered in International Class 35 that I identified in my

search, along with pertinent information relating to the marks (*e.g.*, registration number, registration date, services, etc.). In addition to being registered in International Class 35, some of the marks included are registered in other International Classes. For the purpose of this declaration, the description of the services included in the chart has been limited to those in International Class 35.

4. On November 14, 2023, I conducted a query on Google.com for "x social media." Attached hereto as Exhibit 2 is a true and correct copy of the Google search results for the query "x social media," up to and including 1 page and 4 results.

5. On November 14, 2023, I conducted a query on Google.com for "x." Attached hereto as Exhibit 3 is a true and correct copy of the Google search results for the query "x," up to and including 4 pages and 20 results.

6. Attached hereto as Exhibit 4 is a true and correct copy of the USPTO registration certificate for the design mark , United States Reg. No. 4,728,275, registered in International Class 41 for entertainment services, and publicly available on the USPTO's website.

7. Attached hereto as Exhibit 5 is a true and correct copy of the USPTO registration certificate for the design mark , United States Reg. No. 7,151,840, registered in International Class 42 for consulting services in the field of software as a service, and publicly available on the USPTO's website.

8. Attached hereto as Exhibit 6 is a true and correct copy of the USPTO registration certificate for the design mark , United States Reg. No. 7,055,440, registered in International Class 35 (among others) for advertising and facilitating a customer incentive reward program, and publicly available on the USPTO's website.

9. Attached hereto as Exhibit 7 is a true and correct copy of the USPTO registration certificate for the design mark , , United States Reg. No. 5,615,192, registered in International Class 36 for real estate services, and publicly available on the USPTO's website.

10. Attached hereto as Exhibit 8 is a true and correct copy of the USPTO registration certificate for the design mark , United States Reg. No. 6,424,881, registered in International Class 35 for advertising services, business marketing services and others, and publicly available on the USPTO's website.

11. Attached hereto as Exhibit 9 is a true and correct copy of the USPTO registration certificate for word mark SOCIALX, United States Reg. No. 6,563,767, registered in International Class 42 for computer software platforms allowing an interchange between users and robots, among other things, and publicly available on the USPTO's website.

12. Attached hereto as Exhibit 10 is a true and correct copy of the USPTO registration certificate for the design mark , United States Reg. No. 5,294,621 registered in International Class 35 for advertising agency services, and publicly available on the USPTO's website.

13. Attached hereto as Exhibit 11 is a true and correct copy of the USPTO registration certificate for the design mark , United States Reg. No. 5,777,374, registered in International Class 35 (among others) for promoting the goods and services of others, and publicly available on the USPTO's website.

14. Attached hereto as Exhibit 12 is a true and correct copy of the USPTO registration certificate for the design mark , United States Reg. No. 5,053,558, registered in

International Class 42 for research and development of new products, and publicly available on the USPTO's website.

15. Attached hereto as Exhibit 13 is a true and correct copy of the USPTO registration certificate for the design mark **X** , United States Reg. No. 6,418,414, registered in International Class 35 (among others) for an on-line marketplace and advertising services, and publicly available on the USPTO's website.

16. Attached hereto as Exhibit 14 is a true and correct copy of the USPTO registration certificate for the design mark ⟩⟨ , United States Reg. No. 7,089,460, registered in International Class 35 (among others) for advertising, marketing, promotional services, and more, and publicly available on the USPTO's website.

17. Attached hereto as Exhibit 15 is a true and correct copy of the USPTO registration certificate for the design mark ⊗ , United States Reg. No. 3,240,776, registered in International Class 9 for interactive video game machines, and publicly available on the USPTO's website.

18. Attached hereto as Exhibit 16 is a true and correct copy of the USPTO registration certificate for the design mark **Xerox** , United States Reg. No. 525,717, registered in International Class 16 (among others) for copies of typewritten or printed matter, drawings, maps, or any other records, sold as such, made by an electrophotographic process, and publicly available on the USPTO's website.

19. Attached hereto as Exhibit 17 is a true and correct copy of the USPTO registration certificate for the design mark X-MEN , United States Reg. No. 1,323,166, registered in International Class 16 (among others) for publications, particularly comic books and magazines and stories in illustrated form, and publicly available on the USPTO's website.

4

20. Attached hereto as Exhibit 18 is a true and correct copy of the USPTO registration certificate for the design mark **X**, United States Reg. No. 5,756,834, registered in International Class 35 (among others) for retail store services featuring telecommunications goods and services, and publicly available on the USPTO's website.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of December, 2023 at New York, NY.

Dated: December 4, 2023

*Christopher J. Lauzau* (signature)

Christopher J. Lauzau

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on December 4, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Dustin Mauser-Claassen*
Dustin Mauser-Claassen
Florida Bar No. 0119289
Quinn B. Ritter
Florida Bar No. 1018135
KING, BLACKWELL, ZEHNDER
 & WERMUTH, P.A.
25 E. Pine St.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
dmauser@kbzwlaw.com
qritter@kbzwlaw.com

Megan K. Bannigan* (Lead Counsel)
David H. Bernstein*
Jared I. Kagan*
Nicole M. Flores*
Debevoise & Plimpton LLP
66 Hudson Blvd
New York, NY 10001
Telephone: (212) 909-6000
dhbernstein@debevoise.com
mkbannigan@debevoise.com
jikagan@debevoise.com
nmflores@debevoise.com

*Admitted Pro Hac Vice*

*Counsel for Defendant, X. Corp.*