# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**X SOCIAL MEDIA, LLC,**

    **Plaintiff,**

v.                                                  **Case No. 6:23-cv-1903-JA-EJK**

**X CORP.,**

    **Defendant.**

## ORDER

Defendant's Motion to Dismiss (Doc. 25) does not comply with Middle District of Florida Local Rule 3.01(a), which requires that all parts of a motion be contained "in a single document no longer than twenty-five pages." Accordingly, it is **ORDERED** that the motion (Doc. 25) is **STRICKEN**, though the Clerk need not remove it from the electronic record. Defendant may file a motion to dismiss that complies with all Local Rules on or before December 22, 2023.

**DONE** and **ORDERED** on December 8, 2023.



JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record