## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

X SOCIAL MEDIA LLC,

                Plaintiff,

    v.                               Case No. 6:23-cv-01903-JA-EJK

X CORP.,

                Defendant.

## DECLARATION OF CHRISTOPHER J. LAUZAU IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT

I, Christopher J. Lauzau, declare under penalty of perjury as follows:

1.      I submit this declaration based on personal knowledge in support of Defendant's Reply in Support of Its Motion to Dismiss the Complaint. I am over the age of 18 and am competent to testify.

2.      I am a Senior Legal Research Analyst at Debevoise & Plimpton LLP, counsel for Defendant.

3.      On January 25, 2024, I conducted a query on Google.com for "who owns X SocialMedia." Attached hereto as Exhibit 1 is a true and correct copy of

the Google search results for the query "who owns X SocialMedia," up to and including 2 pages and 10 results.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of January, 2024 at New York, NY.

Dated: January 29, 2024

Christopher J. Lauzau

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that, on January 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Dustin Mauser-Claassen*
Dustin Mauser-Claassen
Florida Bar No. 0119289
KING, BLACKWELL, ZEHNDER
  & WERMUTH, P.A.
25 E. Pine St.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
dmauser@kbzwlaw.com

*Counsel for Defendant*
*X Corp.*
