UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**X SOCIAL MEDIA, LLC,**

    Plaintiffs,

v.                              Case No. 6:23-cv-1903-JA-EJK

**X CORP.,**

    Defendants.

_____

### Mediation Report

The parties held a mediation conference on February 11, 2025, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

☒     lead counsel

☒     the parties or a party's surrogate satisfactory to the mediator

☐     any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____

_____

_____

2. **Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐   The parties completely settled the case.

☐   The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

☐   The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☒   The parties have reached an impasse.

Respectfully submitted February 17, 2025.

                                              */s/Brian R. Gilchrist*
                                              BRIAN R. GILCHRIST, MEDIATOR
                                              FL Bar #774065/FL Med. #15019 R
                                              bgilchrist@allendyer.com
                                              ALLEN, DYER, DOPPELT + GILCHRIST, PA
                                              255 South Orange Ave., Suite 1401
                                              Post Office Box 3791
                                              Orlando, FL  32802-3791
                                              Telephone:   407/841-2330
                                              Facsimile:   407/841-2343

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2025, I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a Notice of Electronic Filing to the CM/ECF participants identified on the following Service List:

*/s/ Brian R. Gilchrist*
Brian R. Gilchrist, FL Bar #774065

## SERVICE LIST

| Counsel for Plaintiff: | Counsel for Defendants: |
|---|---|
| Kathryn G. Kent, Esq.<br>kkent@gerbenlawfirm.com<br>Sophie Alexandra Edbrooke, Esq.<br>sedbrooke@gerbenlawfirm.com<br>Eric J. Perrott, Esq.<br>GERBEN PERROTT, PLLC<br>1050 Connecticut Ave., NW, Ste. 500<br>Washington, DC 20036 | Megan K. Bannigan, Esq.<br>mkbannigan@debevoise.com<br>David H. Bernstein, Esq.<br>dhbernstein@debevoise.com<br>Jared I. Kagan, Esq.<br>jikagain@debevoise.com<br>Nicole M. Flores, Esq.<br>nmflores@debovoise.com<br>DEBEVOISE & PLIMPTON LLP<br>66 Hudson Blvd.<br>New York, NY 10001<br><br>Quinn Ritter, Esq.<br>qritter@kbzwlaw.com<br>Dustin Michael Mauser-Classen, Esq.<br>dmauser@kbzwlaw.com<br>KING, BLACKWELL, ZEHNDER &<br>  WERMUTH, PA<br>25 East Pine Street<br>Orlando, FL  32801 |