UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

X SOCIAL MEDIA, LLC,

    Plaintiff,

v.                                   Case No. 6:23-cv-1903-JA-UAM

X CORP.,

    Defendant.

_____

### ORDER TO SHOW CAUSE

Upon review, attorney Davin van der Hahn has failed to comply with the court's Order (Doc. No. 71) directing him to comply with the administrative procedures regarding electronic filing within thirty (30) days.

Therefore, it is **ORDERED** that Mr. Hahn shall show cause within fourteen (14) days why sanctions should not be imposed for failure to comply. Failure to respond to this Order will result in the imposition of sanctions without further notice from the court.

**ORDERED** in Orlando, Florida, on June 9, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record