# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| X SOCIAL MEDIA LLC,<br><br>      Plaintiff,<br><br>v.<br><br>X CORP.,<br><br>      Defendant. | Case No. 6:23-CV-01903-JA-NWH |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all parties to this action, by and through undersigned counsel, jointly stipulate to dismissal with prejudice of all claims in this action, subject to the Court retaining jurisdiction through July 31, 2026, to enforce the terms of the parties' settlement agreement, with each party to bear its own costs and fees.

Respectfully submitted this 15th day of September 2025,

| | |
|---|---|
| /s/ *Megan K. Bannigan* | /s/ *Kathryn G. Kent* |
| Megan K. Bannigan (Lead Counsel)* | Kathryn G. Kent (Lead Counsel)* |
| David H. Bernstein* | Sophie Edbrooke* |
| Jared I. Kagan* | Michael Kanach* |
| Nicole M. Flores* | Gerben Perrott, PLLC |
| Debevoise & Plimpton LLP | 1050 Connecticut Ave NW, Suite 500 |
| 66 Hudson Blvd | Washington, DC 20036 |
| New York, NY 10001 | Telephone: 202-294-2287 |
| Telephone: (212) 909-6000 | kkent@gerbenlawfirm.com |
| mkbannigan@debevoise.com | sedbrooke@gerbenlawfirm.com |
| dhbernstein@debevoise.com | mkanach@gerbenlawfirm.com |
| jikagan@debevoise.com | *Admitted pro hac vice* |
| nmflores@debevoise.com | |
| *Admitted pro hac vice* | *Counsel for Plaintiff, X Social Media LLC* |

Dustin Mauser-Claassen
Florida Bar No. 0119289
Quinn B. Ritter
Florida Bar No. 1018135
KING, BLACKWELL, ZEHNDER,
  & WERMUTH, P.A.
25 E. Pine St.
Orlando, FL 32801
Telephone: (407) 422-2472
dmauser@kbzwlaw.com
qritter@kbzwlaw.com

*Counsel for Defendant, X Corp.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on September 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that prior to the filing of this document, I have obtained concurrence in the filing from Plaintiff's signatory.

/s/ *Dustin Mauser-Claassen*
Dustin Mauser-Claassen
Florida Bar No.: 0119289