UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

X SOCIAL MEDIA, LLC,

    Plaintiff,

v.

    Case No. 6:23-cv-1903-JA-NWH

X CORP.,

    Defendant.

## ORDER

Upon consideration of the Joint Stipulation of Dismissal With Prejudice (Doc. 139), it is **ORDERED** that all claims in this action are **DISMISSED with prejudice**. The Court retains jurisdiction through July 31, 2026, to entertain a motion to enforce the terms of the parties' settlement agreement. Each party shall bear its own fees and costs. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida, on September 15, 2025.

    JOHN ANTOON II
    United States District Judge

Copies furnished to:
Counsel of Record